455 A.2d 201

Commonwealth v. Drumgold, Appellant.

Submitted February 24, 1982. Thomas V. Hunt, for

610

appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and BECK, JJ.

Order affirmed.